IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00282-DDD-NRN

SHELLY STUBBS, an individual,

PLAINTIFF,

v.

KRATOS RT LOGIC, INC., a Delaware corporation.

DEFENDANT.

---

**MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR PLAINTIFF**

---

Kate W. Beckman of Bryan E. Kuhn, Counselor at Law, P.C., hereby respectfully moves the Court to grant her leave to withdraw as counsel of record for the Plaintiff, Shelly Stubbs, pursuant to D.C. COLO.LAttyR 5(b), and in support thereof, states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(b)(4) this motion does not require conferral.

2. Ms. Beckman has represented Plaintiff in this matter.

3. Withdraw of counsel is based upon a material discord between Plaintiff and counsel, resulting in counsel's inability to give effective aid in the prosecution of the claims.

4. Proper notification pursuant to D.C. COLO.LAttyR 5(b) has been served on the Plaintiff, to wit:

    a. Plaintiff has the burden of keeping this Court and other Parties informed where notices, pleadings, and other papers may be served;

      b.      That if Plaintiff fails or refuses to comply with all the Court's rules and orders, the Plaintiff may suffer possible dismissal, default or sanctions;

      c.      That current case deadlines exist, including:

            i)      Respond to Interrogatories Nos. 10, 16, and 17 and Provide Signed Releases by **August 26, 2019**

            ii)      Defendant to Provide Amount of Fees by **September 6, 2019**

            iii)      Independent Medical Examination on **September 11, 2019**

            iv)      Deadline for Affirmative Experts on **September 13, 2019**

            v)      Deadline to File a Joint Status Report on **September 20, 2019**

            vi)      Last day to serve written discovery on **November 22, 2019**

            vii)      Disclosure of Rebuttal Experts on **October 10, 2019**

            viii)      Plaintiff May Designate Rebuttal Experts on **November 1, 2019**

            ix)      Discovery Cutoff on **November 15, 2019**

            x)      Deadline for Summary Judgment Motions on **November 29, 2019**

      d.      If the instant Motion is granted, the undersigned shall promptly notify the Plaintiff and the other Parties of record of the effective date of withdrawal.

4.      Plaintiff's mailing address is 980 Eaton Street, Castle Rock, Colorado 80104.

5.      Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel. Plaintiff will continue to receive notice of all documents filed in this case from the Court or from the opposing counsel or parties.

Wherefore, the undersigned respectfully requests that the Court grant Kate W. Beckman, Esq. leave to withdraw as counsel for Plaintiff in the instant action.

Respectfully submitted this 19th day of August, 2019.

                                          BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

*Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

s/ *Kate W. Beckman*
Kate W. Beckman, Esq. #42416
1660 Lincoln St., Ste. 2330
Denver, Colorado 80264
Telephone: (303) 424-4286
Fax Number: (303) 425-4013
Kate.Beckman@beklegal.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that on August 19, 2019, a true and accurate copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** was filed via CM/ECF Filer, and served upon counsel for Defendant via email, addressed as follows:

Erin A. Webber
David C. Gartenberg
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202
(f) (303) 629-6200
ewebber@littler.com
dgartenberg@littler.com
ATTORNEY FOR DEFENDANT

                BRYAN E. KUHN, COUNSELOR AT LAW, P.C.

                *Original pleading bearing original signature maintained in the offices of Bryan E. Kuhn, Counselor at Law, P.C.*

                /s/ *Kate W. Beckman*
                Kate W. Beckman, Esq. #42416
                1660 Lincoln Street, Suite 2330
                Denver, Colorado 80264
                (p) (303) 424-4286 (f) (303) 425-4013
                Kate.Beckman@beklegal.com
                ATTORNEYS FOR PLAINTIFF