IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-00282-DDD-NRN | Date: August 16, 2019 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| SHELLY STUBBS, an individual, | Katherine Beckman |
| Plaintiff, | |
| v. | |
| KRATOS RT LOGIC, INC., a Delaware corporation, | David Gartenberg
Erin Webber |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**1:34 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding discovery disputes outlined in a Joint Discovery Statement that was directly emailed to Chambers and attached to these minutes.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  Plaintiff shall respond to Interrogatories #10, #16, and #17 and provide requested authorizations within 10 days.

**ORDERED:**  Defendant shall submit a bill of costs regarding sanctions pursuant to Rule 37, for the preparation of the Joint Discovery Statement and for preparation for this Discovery Hearing on or before **September 6, 2019**.

> Defendant shall send the bill of costs to Plaintiff's counsel in advance.
> Plaintiff will have a chance to object.

**1:59 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.